# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3024
_____

Roscoe Chambers

*Plaintiff - Appellant*

v.

Dennis Conard, Sheriff, Scott County Jail; Unknown Glasgow, Scott County Jail;
Unknown Walker, Scott County Jail; Sean ONeal, USMS; Unknown Jackson,
Scott County Jail; Humes, C/O; Clark, C/O; Kelso, C/O; Jennins, C/O; Broder,
Sgt.; Pearce, C/O; Tibbitt, Major; Shedo, C/O; Halter, C/O; Blea, C/O; Lefman,
C/O; Bibens, C/O; Bright, C/O; Boyd, Sgt.; Salsberry, Sgt.; Gaudet, Sgt.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: December 4, 2013
Filed: December 11, 2013
[Unpublished]
_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Roscoe Chambers appeals the district court's[1] 28 U.S.C. § 1915A preservice dismissal of his pro se 42 U.S.C. § 1983 complaint.  Upon de novo review, <u>see</u> <u>Cooper v. Schriro</u>, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (standard of review), we conclude that Chambers failed to state a claim upon which relief could be granted, <u>see</u> <u>Ashcroft v. Iqbal</u>, 556 U.S. 662, 678 (2009) (complaint must state "more than an unadorned, the-defendant-unlawfully-harmed-me accusation"; mere conclusory statements are insufficient to support claim).  We therefore affirm the judgment. <u>See</u> 8th Cir. R. 47B.

———————————————

---

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.